

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

March 3, 2026

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Lopez v. The City of New York, et al., 25-CV-4712

Dear District Judge Cronan:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants the City of New York and the Office of the Brooklyn Borough President in the above-referenced matter.

I respectfully write to request a brief adjournment of the Initial Pretrial Conference currently scheduled for March 11, 2026 at 11:00 a.m., pursuant to the Court's February 26, 2026 Order. This Order also directs the parties to submit a joint letter and proposed case management plan no later than seven days prior to the conference.

The requested adjournment is necessary because I have a previously scheduled in-person oral argument in Lavdrim v. City of New York, Richmond County Supreme Court, Index No. 150505/2025, before the Honorable Orlando Marrazzo, Jr., on the morning of March 11, 2026. As the matter will require my in-person appearance in Staten Island, I will not be able to attend the conference.

On March 2, 2026, I contacted Plaintiff's counsel seeking consent to this request. On March 3, 2026, Plaintiff's counsel advised that they do not consent in an effort to keep the case moving.

Defendants respectfully request that the conference be adjourned to a date convenient for the Court. Defendants are available on any other date in March 2026, except for March 18, 2026, when the parties are scheduled to attend a mediation conference in this matter. Should the Court grant this request, the parties will submit the joint letter and proposed case

- 2 -

management plan in advance of the rescheduled conference date, in accordance with the Court's Order.

        Thank you for the Court's consideration.

Respectfully submitted,

*/s/ Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel


cc:    All Counsel of Record (via ECF).


The request is granted.  The Initial Pretrial Conference is adjourned to March 12, 2026, at 2:00 p.m.  The parties shall access the meeting using the call-in information in the Court's February 25, 2026 Order, Dkt. 19.  Additionally, the parties' deadline to submit the joint letter and proposed case management plan is adjourned to March 5, 2026.  The Clerk of Court is respectfully directed to close Docket Number 20.

SO ORDERED.
March 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge